CHRISTINE E. JACOBS (State Bar No. 216679)
GREGORY T. FAYARD (State Bar No. 212930)
HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
ROSEVILLE, CA 956661
TELEPHONE (916) 781-2550
FACSIMILE (916) 781-5339

Attorneys for Defendants FRANZ WAGNER
and KIMBERLY AANENSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANZ WAGNER, et al.<br><br>        Defendants | Case No. **2:08-cv-00935-LKK-GGH**<br><br>**JOINT STIPULATION TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE AND;**<br>**ORDER** |

Pursuant to Local Rules 6-144 and 83-143, Plaintiff Scott N. Johnson and Defendants Franz Wagner and Kimberly Aanenson, by and through their respective attorneys of record (Scott N. Johnson; Gregory T. Fayard), stipulate as follows:

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE - 1

1. A Status (Pre-trial Scheduling) Conference is currently set for August 4, 2008;
2. The parties are in settlement discussions and are making progress toward resolving their dispute;
3. In order to continue settlement discussions, the parties stipulate to continuing the Status Conference by 45 days to a date set by the Court;
4. This is the first extension of time sought by the parties to continue the Status Conference.
5. By continuing the Status Conference, defendants will be able to respond to the complaint prior to the Status Conference.

IT IS SO STIPULATED.

Dated:   July 23, 2008            _/s/Gregory T.Fayard
                                  Gregory T. Fayard,
                                  Attorney for Defendants,
                                  FRANZ WAGNER and
                                  KIMBERLY AANENSON

Dated:   July 23, 2008            /s/Scott N. Johnson____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE - 2

**ORDER**

In light of the parties' stipulation, the Status Conference currently scheduled for August 4, 2008, is continued by at least 45 days to 10/14/2008 at 11:30 a.m. in Chambers.

IT IS SO ORDERED.

Dated: July 24, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT