SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Franz Wagner, et al.<br><br>Defendants | Case No.**2:08-cv-00935-LKK-GGH**<br><br>STIPULATION RE REQUEST FOR EXTENSION OF TIME UNTIL SEPTEMBER 8, 2008 FOR DEFENDANTS FRANZ WAGNER AND KIMBERLY AANENSON TO RESPOND TO COMPLAINT AND ORDER |

Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendants Franz Wagner and Kimberly Aanenson, by and through their respective attorneys of record (Scott N. Johnson; Gregory T. Fayard), stipulate as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1. One extension of time has been previously obtained until August 13, 2008.
2. Defendants Franz Wagner and Kimberly Aanenson are granted an extension until September 8, 2008 to respond or otherwise plead reference to Plaintiff’s complaint.
3. Defendants Franz Wagner and Kimberly Aanenson’s response will be due no later than September 8, 2008.
4. The parties so stipulate so that they may continue their informal settlement discussions.

IT IS SO STIPULATED effective as of August 13, 2008

Dated: August 13, 2008

_/s/Gregory T. Fayard___
Gregory T. Fayard,
Attorney for Defendants,
Franz Wagner;
Kimberly Aanenson

Dated: August 13, 2008

/s/Scott N. Johnson ____
Scott N. Johnson,
Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED THAT Defendants, Franz Wagner and Kimberly Aanenson shall have until September 8, 2008 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: August 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com